**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-7338**

GREGORY LYNN GORDON,

                    Plaintiff - Appellant,

          v.

BRIAN  CLAYTON  HUNCKE,  Detective;  BRIAN  WAYNE  KEZIAH,
Detective;  EDDIE  CATHEY,  Sheriff;  UNION  COUNTY  SHERIFF'S
OFFICE; MILES HELMS, Attorney,

                    Defendants - Appellees.

Appeal  from  the  United  States  District  Court  for  the  Western
District  of  North  Carolina,  at  Charlotte.  Robert  J.  Conrad,
Jr., Chief District Judge. (3:11-cv-00257-RJC)

Submitted:  January 12, 2012          Decided:  January 18, 2012

Before WILKINSON, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Gregory Lynn Gordon, Appellant Pro Se.  William L. Hill, James
Demarest Secor, III, FRAZIER HILL & FURY, RLLP, Greensboro,
North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory Lynn Gordon appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) action for failure to state a claim after a 28 U.S.C. § 1915(e)(2)(B) (2006) review. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Gordon v. Huncke, No. 3:11-cv-00257-RJC (W.D.N.C. Sept. 28, 2011). We also deny all pending motions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED